**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **NO. 3:26-cr-00010** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **PEDRO COLOCHADO-HERNANDEZ** | ) | |

# ORDER

Pending before the Court is the United States' unopposed motion to dismiss indictment (Doc. No. 19), requesting that the Court dismiss the Indictment against Defendant Pedro Colochado-Hernandez, without prejudice, under Rule 48(a) of the Federal Rules of Criminal Procedure. The motion is **GRANTED**, and the Indictment against Defendant Pedro Colochado-Hernandez is **DISMISSED** without prejudice.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE